Willie H. WILLIAMS, Appellant,

v.

James B. PEAKE, M.D., Secretary
of Veterans Affairs, Appellee.

No. 05–3555.

United States Court of Appeals
for Veterans Claims.

May 8, 2008.

Before MOORMAN, LANCE, and
DAVIS, Judges.

**ORDER**

PER CURIAM:

On April 11, 2008, the Court received a
joint motion for stay in which the parties
informed the Court that the appellant had
died on March 18, 2008. (Appellant's ap-
peal of an August 26, 2005, decision was
pending when he died.) The parties
moved for a stay of proceedings in order
that counsel for the appellant have time to
investigate the possibility of substituting a
surviving spouse in the appeal. The Court
granted the motion for stay on April 18,
2008.

On April 17, 2008, however, counsel for
the appellant filed a motion to withdraw
the appeal. In that motion, the appellant's
counsel informed the Court that the appel-
lant has no surviving spouse or other de-
pendents having standing to assert a claim
under 38 U.S.C. § 5121.

The Court agrees that under these cir-
cumstances the appellant's death termi-
nates this appeal as a matter of law. *See
Landicho v. Brown,* 7 Vet.App. 42, 48
(1994).

Upon consideration of the foregoing, it is

ORDERED that the stay of proceedings
is LIFTED. It is further

ORDERED that the Board decision dat-
ed August 26, 2005, is VACATED with
respect to the matters appealed to the
Court. It is further

ORDERED that the appellant's motion
to dismiss the appeal is granted and the
appeal is DISMISSED.